```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MIGUEL RIVERA,                                  :
                                                :
                        Plaintiff,              :
                                                :            1:19-cv-11403-GHW
        -against-                               :
                                                :                 ORDER
J. COLLADO, SUPERINTENDENT OF                   :
SHAWANGUNK CORRECTIONAL FACILITY,               :
                                                :
                        Defendant.              :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2020

GREGORY H. WOODS, United States District Judge:

On January 27, 2020 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than February 24, 2020. Dkt. No. 10. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's January 27, 2020 order forthwith, and in no event later than March 18, 2020.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, via first class and certified mail.

SO ORDERED.

Dated: February 26, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge