```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MIGUEL RIVERA,

                Petitioner,

    - against -

J. COLLADO,

                Respondent.
-----------------------------------------------------------X

19-CV-11403 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In its Declaration in Opposition dated May 22, 2020, Respondent stated that "I will supply this Court with the transcripts from the proceedings." (Dkt. 25 ¶ 4.) As of September 28, 2020, Respondent has not done so. Accordingly, Respondent is directed to file copies of transcripts of the relevant state court proceedings no later than **October 12, 2020**.

No later than October 2, 2020, counsel shall mail a copy of this Order to Petitioner Rivera and file proof of such service on ECF. If counsel is unable to complete this mailing as a result of COVID-19 and related disruptions, counsel shall promptly notify the Court by letter filed on ECF.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2020
         New York, New York

Copies transmitted this date to all counsel of record.