**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MIGUEL RIVERA,

                       Petitioner,                19 **CIVIL** 11403 (RWL)

         -against-                               **JUDGMENT**

J. COLLADO, Superintendent of the Shawangunk
Correctional Facility,

                       Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated February 16, 2021, Petitioner's remaining arguments, to the extent not addressed herein, have been considered by the Court and found to be without merit; for the foregoing reasons, the petition for writ of habeas corpus is denied and the case is dismissed.

**DATED:** New York, New York
             February 16, 2021

                                                              **RUBY J. KRAJICK**
                                                               **Clerk of Court**
                                        **BY:**
                                                              **Deputy Clerk**